SODHI LAW GROUP
JAKRUN S. SODHI (SBN 200851)
AMEET S. BIRRING (SBN 297118)
1301 K Street, Suite F
Modesto, CA 95354
Telephone:    (209) 900.8200
Email: jak@sodhilawgroup.com
          ameet@sodhilawgroup.com

Attorneys for Plaintiff
CHERYL NARAIN

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
BAILEY MCCABE (SBN 322098)
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:    (916) 341-0404
Email: nathan.austin@jacksonlewis.com
          bailey.mccabe@jacksonlewis.com

Attorneys for Defendants
MAC COSMETICS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHERYL NARAIN,<br><br>        Plaintiff,<br><br>      v.<br><br>MAC COSMETICS, a Delaware Limited Liability Company, and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. 1:20-CV-00660-NONE-SKO<br><br>**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>(Doc. 11)<br><br>Complaint Filed:     12.19.19<br>Removed:           05.11.20<br>Trial Date:         None Set |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 143 and 144(d), and for good cause shown, Plaintiff CHERYL NARAIN ("Plaintiff") and Defendant MAC Cosmetics ("Defendant"), by and through their respective attorneys of record, stipulate and agree as follows:

1.      This case was filed on December 12, 2019 in Stanislaus Superior Court (Case No. CV-19-007574).

2.      There was a delay in service of the complaint and Defendant removed the case on May 11, 2020 (Docket No. 1).

1

Joint Stipulation and Order to Amend Scheduling Order

*Cheryl Narain vs. Mac Cosmetics*
Case No. 1:20-CV-00660-NONE-SKO

1    3.    The parties have actively litigated this case.

2    4.    As a result of Defendant's continued investigation into the claims alleged by

3    Plaintiff, the parties have recently become aware of facts that may lead to the resolution of this case

4    and be dispositive as to the claims alleged in this action.

5    5.    In an effort to conserve judicial resources and those of the parties, counsel are

6    meeting and conferring to discuss these facts, the relative merits of the claims at issue in this action,

7    and whether this action should be dismissed by stipulation.

8    6.    Plaintiff's counsel cannot meet with Plaintiff until September 21, 2021 to discuss

9    the merits of this matter.

10    7.    The deadline for filing dispositive and non-dispositive motions is September 21,

11    2021, and a Settlement conference is set for December 9, 2021 (Doc. No. 7).

12    8.    Defendant believes there are strong grounds for filing a dispositive motions in this

13    action.

14    9.    If the parties are unable to come to an agreement about dismissing this action, the

15    parties agree that Defendant's right to file a dispositive motions should not be prejudiced by an

16    unavoidable delay in the parties' meet and confer efforts.

17    10.    Similarly, the parties wish to avoid burdening the Court with unnecessary motion if

18    the parties are able to resolve this dispute amongst themselves by stipulation.

19    11.    The parties are requesting that the deadlines for filing dispositive and non-

20    dispositive motions be continued for sixty (60) days, or as otherwise provided by the Court, while

21    the parties meet and confer to discuss the potential voluntary dismissal of this matter. If the parties'

22    meet and confer efforts are unsuccessful, Defendant will file dispositive motions.

23    12.    The parties will not be prejudiced by a continuance of the current pre-trial deadlines.

24    **NOW THEREFORE**, the parties, through their respective counsel, jointly propose and

25    stipulate to the following: the deadlines in the Pretrial Scheduling Order previously set forth by the

26    Court shall be revised as follows, or set on such other dates as the Court determines:

27    ///

28    ///

2

Joint Stipulation and Order to Amend Scheduling Order

*Cheryl Narain vs. Mac Cosmetics*
Case No. 1:20-CV-00660-NONE-SKO

| Event | Current Date | Proposed New Date |
|-------|--------------|-------------------|
| Non-Dispositive Motion Deadline | September 27, 2021 | November 26, 2021 |
| Dispositive Motion Deadline | September 27, 2021 | November 26, 2021 |

Dated:  September 23, 2021          SODHI LAW GROUP

By: /s/ *Ameet Singh Birring* (as approved on 09.23.21)
      JAKRUN S. SODHI
      AMEET S. BIRRING

Attorney for Plaintiff
CHERYL NARAIN

Dated:  September 23, 2021          JACKSON LEWIS P.C.

By: /s/ *Nathan W. Austin*
      NATHAN W. AUSTIN
      BAILEY MCCABE

Attorneys for Defendant
MAC COSMETICS

3

Joint Stipulation and Order to Amend Scheduling Order

*Cheryl Narain vs. Mac Cosmetics*
Case No. 1:20-CV-00660-NONE-SKO

**ORDER**

Pursuant to the parties' above stipulation (Doc. 11), and for good cause shown, the deadlines in the Scheduling Order (Doc. 6) are hereby MODIFIED as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Dispositive Motion Filing | September 27, 2021 | November 29, 2021 |
| Non-Dispositive Motion Hearing | October 27, 2021 | December 29, 2021 |
| Dispositive Motion Filing | September 27, 2021 | November 29, 2021 |
| Pretrial Conference | February 23, 2022 | April 27, 2022, at 8:15 a.m.[1] |

IT IS SO ORDERED.

Dated:   **September 24, 2021**                 */s/ Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has continued the pretrial conference to allow adequate time for the Court to rule on the parties' dispositive motions and to permit the parties sufficient time to prepare their pretrial submissions.

4